OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

02 1M
0004279596
$ 00.26⁵
NOV 25 2014
MAILED FROM ZIP CODE 78701

11/24/2014

BATES, DARRELL    Tr. Ct. No. 2010-CR-12259 & 2011-CR-1251W    WR-76,184-09

On this day, this Court has denied applicant's "MOTION FOR A RESPONSE TO WRIT OF HABEAS CORPUS FILED ON 9/24/2014 AND 9/29/2014".

Abel Acosta, Clerk

DARRELL  BATES
Goree Unit                    # 1700742
                                          I A
Huntsville TX
77344